■ KENT A. KROEMER, Appellant, v R. MICHAEL TANTILLO, Respondent. (Appeal No. 1.) [758 NYS2d 882] —Appeal from an order of Supreme Court, Ontario County (Galloway, J.), entered April 23, 2002, which, inter alia, granted defendant's cross motion for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated at Supreme Court, Ontario County, Galloway, J. Present—Pigott, Jr., P.J., Green, Wisner, Burns and Lawton, JJ.

■ KENT A. KROEMER, Appellant, v R. MICHAEL TANTILLO, Respondent. (Appeal No. 2.) [758 NYS2d 883] —Appeal from an order of Supreme Court, Ontario County (Galloway, J.), entered May 7, 2002, which, inter alia, denied plaintiff's motion to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Empire Ins. Co. v Food City, 167 AD2d 983, 984 [1990]). Present—Pigott, Jr., P.J., Green, Wisner, Burns and Lawton, JJ.

■ In the Matter of ROBIN M. CROSS, Appellant, v WILLIAM H. DAVIS, Respondent. (Appeal No. 1.) [758 NYS2d 883] —Appeal from an order of Family Court, Ontario County (Harvey, J.), entered March 5, 2001, which, inter alia, dismissed the petition for an order of protection.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (see Matter of Cross v Davis, 298 AD2d 939 [2002]). Present—Pigott, Jr., P.J., Green, Wisner, Burns and Lawton, JJ.